# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY HINES,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No. 2:24-cv-00060-JAD-NJK

**ORDER**

[Docket No. 20]

Pending before the Court is Plaintiff's motion to serve Defendant William Miller. Docket No. 20.

In the order screening the second amended complaint, the Court determined that a due process claim could proceed against Defendant Miller. Docket No. 6 at 10-11. The Attorney General's Office was ordered to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 11 at 2. The Attorney General's Office indicated that it would not accept service for Defendant Miller, and provided his last known address under seal. Docket Nos. 12, 13.

Plaintiff's motion for service on Defendant Miller is **GRANTED**. The U.S. Marshal shall serve Defendant Miller. The Court therefore **ORDERS** as follows:

- The Clerk's Office is instructed to mail Plaintiff two blank copies of the USM-285 form.
- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required USM-285 form (with Defendant Miller's address omitted).

1

- The Clerk's Office shall issue summons to Defendant William Miller under seal, and deliver this summons and the second amended complaint (Docket No. 5) to the U.S. Marshal for service.
- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Miller was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Defendant Miller's address shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: April 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge