# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY HINES,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No. 2:24-cv-00060-JAD-NJK

**ORDER**

[Docket No. 24]

Pending before the Court is Plaintiff's motion inquiring as to the status of service on Defendant William Miller. Docket No. 24. Plaintiff indicates that he provided the USM-285 form to the United States Marshals Service, but that he has not received any further indication as to whether service was effectuated. The summons that was issued did not include the last known address for Defendant Miller, Docket No. 23, and it appears that the United States Marshals Service did not attempt to effectuate service because it was not given the last known address for Defendant Miller.

Given the circumstances, Plaintiff's motion is **GRANTED** as follows:

- The United States Marshals Service shall serve Defendant Miller.
- The Clerk's Office shall issue an amended summons to Defendant Miller under seal. The sealed amended summons must include Defendant Miller's name, as well as his last known address provided at Docket No. 13.
- The Clerk's Office shall deliver this amended summons and the second amended complaint (Docket No. 5) to the United States Marshals Service. The Clerk's Office shall also deliver Plaintiff's USM-285 form (Docket No. 24 at 4-5) to the United States Marshals Service.

1

- Within twenty days after receiving from the United States Marshals Service a copy of the Form USM-285 showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Miller was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Defendant Miller's address shall remain sealed and shall not be provided to Plaintiff.
- The deadline to effectuate service is extended to August 15, 2025.

IT IS SO ORDERED.

Dated: July 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge