# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tony Hines, | Case No. 2:24-cv-00060-JAD-NJK |
| Plaintiff(s),v. | **Order** |
| James Dzurenda, et al., | [Docket No. 42] |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to strike. Docket No. 42.[1] Defendants filed a response. Docket No. 47. Plaintiff filed a reply. Docket No. 48. Although not entirely clear from the motion, the reply clarifies that the motion to strike is brought pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. *See* Docket No. 48 at 2-3. That rule permits striking of "pleadings," not of motion papers. *See* Fed. R. Civ. P. 12(f); *see also United Nat. Ins. Co. v. Assurance Co. of Am.*, 2014 WL 4960915, at *1 (D. Nev. June 4, 2014). Accordingly, Plaintiff's motion to strike is **DENIED**. Nonetheless, the Court will consider the arguments made in this motion practice in conjunction with deciding the pending motion for sanctions (Docket No. 39) and motion for relief under Rule 36 (Docket No. 40).

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).