# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tony Hines, | Case No. 2:24-cv-00060-JAD-NJK |
| Plaintiff(s),v. | **Order** |
| James Dzurenda, et al., | |
| Defendant(s). | |

On September 8, 2025, the Court ordered that "the Attorney General's Office must inquire within the Nevada Department of Corrections (and any related state entity that may hold pertinent information) as to an alternative address for Defendant Miller." Docket No. 35 at 2. Defendants filed a notice that no additional information was found as to Defendant Miller "[a]fter a diligent review of the records." Docket No. 37 at 1. Plaintiff filed a response that this assertion does not show compliance with the Court's order. Docket No. 38. Defendants did not reply. Because it is unclear whether counsel complied with the Court's order, defense counsel is **ORDERED** to file a declaration attesting to the inquiry that was made to find an alternative address for Defendant Miller. This declaration must be filed by December 12, 2025.

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1