# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tony Hines,<br>　　　Plaintiff(s),<br>v.<br>James Dzurenda, et al.,<br>　　　Defendant(s). | Case No. 2:24-cv-00060-JAD-NJK<br>**Order**<br>[Docket No. 43] |

　　　Pending before the Court is Defendants' motion to extend the dispositive motion deadline. Docket No. 43. Plaintiff filed a response. Docket No. 44. No reply was filed. The Court **SETS** this motion for the existing hearing at 10:00 a.m. on December 18, 2025.

　　　IT IS SO ORDERED.

　　　Dated: December 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1